IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:20-cv-03349-TWT |
| SSV ENTERPRISES, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Jessica Blinkhorn, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), her Notice of Voluntary Dismissal Without Prejudice. Plaintiff hereby requests that the instant matter be dismissed without prejudice, and without an award of fees or costs awarded to any party.

Dated: September 21, 2020.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480

1

craig@ehrlichlawoffice.com

## **CERTIFICATE OF SERVICE**

I certify that on September 21, 2020, I filed the within and foregoing Notice of Voluntary Dismissal Without Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia. A true and correct copy of the same will be served via U.S. Mail with proper postage affixed thereon:

SSV Enterprises, LLC
148 Dover Commons Drive
Tucker, Georgia 30084

Further, a true and correct copy of the foregoing will be served via electronic mail as follows:

V & H Convenience LLC
c/o Hardik Parikh, as Member
1208 Pughes Creek Way
Lawrenceville, Georgia 30045
hardy_atl@yahoo.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich